Certificate Number: 02114-INN-DE-002714008
Bankruptcy Case Number: 0707778

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 10/19/07, at 12:49 o'clock AM EDT, Kevin C Gibbs completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District Of Indiana.

Title: __Bankruptcy Program Director__           Date: __10.19.07__
By: /s/Doug Erickson

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@cccsinc.org
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

2